422

JOHN J. TOMASZEWICZ, PLAINTIFF-PETITIONER, v.
JAMES GRADY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Louis M. Drazin* for the petitioner.

*Messrs. Jung & Selikoff* for the respondent Grady.

*Messrs. Campbell, Mangini, Foley & Lee* for the respondent Buckley.

March 1, 1966. Denied.

GROVER C. KIRBY, PLAINTIFF-RESPONDENT, v. NEW JER-
SEY HIGHWAY AUTHORITY, ETC., *ET AL.*, DEFEND-
ANTS-PETITIONERS.

*Mr. Louis Santorf* for the petitioners.

*Messrs. Citrino, Carella & Balsam* and *Mr. Peter Murray* for the respondent Kirby.

*Mr. Alan Kraut* for the respondent D. Stamato and Co., Inc.

March 1, 1966. Denied.

RITA DeGUISE, PETITIONER-RESPONDENT, v.
J. WISS & SONS COMPANY, RESPONDENT-PETITIONER.

*Messrs. Meredith & Meredith* for the petitioner.

*Messrs. Balk & Jacobs* for the respondent.

March 1, 1966. Denied.